UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

GAYLEN GEORGE THOMPSON,

Plaintiff,

v.

WHITE PINE CO DISTRICT COURT et al.,

Defendants.

Case No. 2:18-cv-00469-GMN-GWF

ORDER

**I.  DISCUSSION**

Plaintiff, a *pro se* prisoner, previously filed a notice of intent to file a complaint. (ECF No. 1-1). Plaintiff did not file an application to proceed *in forma pauperis* or a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1, 1-1.) On March 19, 2018, the Court directed Plaintiff to file an application to proceed *in forma pauperis* or pay the full filing fee for a civil action and to file a complaint within 30 days from the date of that order. (ECF No. 4). On April 3, 2018, Plaintiff filed a motion that stated that he did not wish to seek *in forma pauperis* status or to file a complaint in this case. (ECF No. 5 at 1). Plaintiff explained that he realized that the claims he intended to file were barred by *Heck v. Humphrey*, 512 U.S. 477 (1994). (*Id.* at 1-2). The Court interprets this motion as a motion for voluntary dismissal.

Pursuant to Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P.

41(a)(1)(A)(i). The Court grants Plaintiff's motion to voluntarily dismiss this action because no responsive pleading has been filed in this case. As such, the Court dismisses this action without prejudice.

**II. CONCLUSION**

For the foregoing reasons, it is ordered that the motion to withdraw (ECF No. 5) is construed as a motion for voluntary dismissal.

It is further ordered that the motion for voluntary dismissal (ECF No. 5) is granted.

It is further ordered that this action is dismissed in its entirety without prejudice.

It is further ordered that the Clerk of the Court shall enter judgment accordingly.

DATED THIS 1st day of May, 2018.

Gloria M. Navarro, Chief Judge
United States District Court